**CHET'S SHOES, INC.,**
**Plaintiff–Appellee,**

v.

**Sidney KASTNER, Defendant–Appellant.**

**No. 2010–1555.**

United States Court of Appeals,
Federal Circuit.

Aug. 5, 2011.

Rehearing Denied Sept. 21, 2011.

Donald W. Niles, Niles Law Office, P.A., of Wadena, MN, argued for plaintiff-appellee.

Walter D. Ames, Law Office of Walter D. Ames, of McLean, VA, argued for defendant-appellant.

LOURIE, MOORE, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**